## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Maiko Shaw

                              Plaintiff,

v.                                                 Case No.: 1:19–cv–05212
                                                                 Honorable Thomas M. Durkin

NorthPointe Resources, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:For the reasons stated orally, defendant's motion [11]to dismiss count II is granted. Status hearing held on 1/23/2020. Discovery ordered closed by 5/26/2020. Status hearing set for 5/26/2020 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.