# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MAIKO SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.:19-CV-05212 |
| ) | Judge Thomas M. Durkin |
| NORTHPOINTE RESOURCES, INC., ) | |
| an Illinois corporation, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal of Complaint, whereas the parties have reached a confidential settlement agreement that disposes of the captioned case in its entirety,

**IT IS HEREBY ORDERED:**

1. The parties' agreed settlement of the above-captioned lawsuit, including the claims under the Fair Labor Standards Act asserted therein, is found to be fair and reasonable and is therefore approved.

2. This case is dismissed without prejudice, with leave to reinstate within 14 days for the sole purpose of allowing this Court to enforce the terms of the parties' settlement agreement.

3. On or before July 1, 2021, either party may file a motion to reinstate for the sole purpose of asking this Court to enforce the terms of the parties' settlement agreement.

4. Absent a motion to enforce, the dismissal of the captioned case shall convert from a dismissal without prejudice, to a dismissal with prejudice and without costs, on July 2, 2021 automatically and without further action by the Court.

**ENTER:**

DATE: June 21, 2021

*Thomas M Durkin*

Judge Thomas M. Durkin

United States District Judge for the Northern District of Illinois